**Kevin Lavell CARTER, Appellant,**

v.

**FIRESTONE, Appellee.**

No. 06–2278.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 14, 2007.

Filed: Sept. 20, 2007.

Kevin Lavell Carter, St. Louis, MO, pro se.

Laura Christine Garofalo, Michael J. Ranallo, Holland & Knight, Chicago, IL, Amy L. Nixon, Charles Edwin Reis IV, Brown & James, St. Louis, MO, for Appellee.

---

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kevin Lavell Carter appeals the district court's[1] dismissal without prejudice of his Title VII complaint against BFS Retail & Commercial Operations, LLC. Having carefully reviewed the record and considered Carter's arguments, we find no basis for reversal. *See MM&S Fin., Inc. v. Nat'l Ass'n of Sec. Dealers, Inc.*, 364 F.3d 908, 909 (8th Cir.2004) (de novo standard of review). The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.